UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KIMBERLY-CLARK WORLDWIDE, INC. and
KIMBERLY-CLARK GLOBAL SALES LLC,

        Plaintiffs,

v.                                                   Case No. 09-C-916

FIRST QUALITY BABY PRODUCTS, LLC, et al.,

        Defendants.

## ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION

Based on the Court's Findings of Fact and Conclusions of Law issued this day, Defendants First Quality Baby Products, LLC, and First Quality Retail Services, LLC (collectively "First Quality") are enjoined from making, using, selling or offering to sell in the United States, or importing into the United States the methods of manufacturing disposable training pants with refastenable side seams that infringe on U.S. Patent Nos. 6,514,187, 6,776,316, 6,888,143 and 7,156,939, currently assigned to Plaintiff Kimberly-Clark Worldwide, Inc. ("K-C"), as described therein.

This Order shall be stayed for a period of thirty days to allow First Quality to seek a further stay from the Federal Circuit in the event it chooses to appeal. Prior to the Order taking effect, K-C shall post a bond in the amount of $39 million.

**SO ORDERED** this   20th   day of May, 2010.

                                                             s/ William C. Griesbach
                                                             William C. Griesbach
                                                             United States District Judge