UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

|  |  |  |
|---|---|---|
| Kimberly-Clark Worldwide, Inc. and<br>Kimberly-Clark Global Sales, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>First Quality Baby Products, LLC,<br>First Quality Retail Services, LLC, and<br>First Quality Consumer Products, LLC,[1]<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 09-CV-0916<br>Civil Action No. 10-CV-1118<br><br>Judge Griesbach |

### K-C'S RULE 7(h) EXPEDITED NON-DISPOSTIVE UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR K-C'S RESPONSE TO FIRST QUALITY'S MOTION TO CONSOLIDATE

Kimberly-Clark Worldwide, Inc. and Kimberly-Clark Global Sales, LLC (collectively, "K-C") respectfully move the Court to extend the deadline for them to file their response to First Quality Baby Product, LLC's, First Quality Retail Services, LLC's, and First Quality Consumer Products, LLC's (collectively, "First Quality's") motion to consolidate (ECF No. 362 in Civil Action No. 09-CV-0916 and ECF No. 29 in Civil Action No. 10-CV-1118) from April 25, 2011 to May 9, 2011. First Quality is unopposed to this requested extension.

---

[1] First Quality Consumer Products, LLC is a named defendant only in Civil Action No. 10-CV-1118.

Dated: April 21, 2011						Respectfully submitted,


						By: /s/ Katie L. Becker
						Daniel T. Flaherty
						GODFREY & KAHN, SC
						100 West Lawrence Street
						P.O. Box 2728
						Appleton, Wisconsin 54912-2728
						Telephone:  (920) 830-2800
						Facsimile:   (920) 830-3530
						*dflaherty@gklaw.com*

						Anthony S. Baish
						GODFREY & KAHN, SC
						780 North Water Street
						Milwaukee, Wisconsin 53202
						Telephone: (414) 273-3500
						Facsimile:  (414) 273-5198
						*tbaish@gklaw.com*

						Marc S. Cooperman
						J. Pieter van Es
						Matthew P. Becker
						Aimee B. Kolz
						Michael L. Krashin
						Thomas J. Lerdal
						Katie L. Becker
						Sean J. Jungels
						BANNER & WITCOFF, LTD.
						10 South Wacker Drive – Suite 3000
						Chicago, Illinois 60606
						Telephone: (312) 463-5000
						Facsimile: (312) 463-5001
						*mcooperman@bannerwitcoff.com*
						*pvanes@bannerwitcoff.com*
						*mbecker@bannerwitcoff.com*
						*akolz@bannerwitcoff.com*
						*mkrashin@bannerwitcoff.com*
						*tlerdal@bannerwitcoff.com*
						*kbecker@bannerwitcoff.com*
						*sjungels@bannerwitcoff.com*

						**Attorneys for Plaintiffs**
						**Kimberly-Clark Worldwide, Inc.**
						**Kimberly-Clark Global Sales, LLC**

## **CERTIFICATION**

Counsel for K-C, Marc Cooperman, conferred with counsel for First Quality, Mike Underhill, on April 21, 2011. Mr. Underhill stated that First Quality is unopposed to this requested extension.

/s/ Katie L. Becker
FOR K-C