# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KIMBERLY-CLARK WORLDWIDE, Inc., and,
KIMBERLY-CLARK GLOBAL SALES, LLC,

        Plaintiffs,

        v.                                  Case No. 09-C-0916

FIRST QUALITY BABY PRODUCTS, LLC, and
FIRST QUALITY RETAIL SALES, LLC,

        Defendants.

## ORDER GRANTING MOTION FOR STAY

        First Quality has requested a stay of this Court's September 14, 2011 Order compelling production of documents identified in First Quality's Privilege Log (ECF No. 502, Exh. A, Entries 14, 23, 24, 34-26, 41-46, 51-59, 61-69, 78-80, 93-95.)  First Quality seeks this stay pending resolution by the Federal Circuit of its Petition for Mandamus.  In addition to its Motion for Stay, First Quality has asked this Court to reconsider its ruling.

        Having considered First Quality's Motion for Reconsideration and Kimberly Clark's Response thereto, the Court hereby GRANTS the Motion for a Stay.  This Court stays its Order pending its determination on the Motion for Reconsideration.  That motion will be decided upon receipt of First Quality's Reply.

        **SO ORDERED** this _____18th_____ day of October, 2011.

                                              s/ William C. Griesbach
                                           William C. Griesbach
                                         United States District Judge